# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Dr. Tara Gustilo, M.D., | |
| Plaintiff, | Case No. 22-CV-00352 (SRN-DJF) |
| vs. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Hennepin Healthcare System, Inc., | |
| Defendant. | |

_____

TO: PLAINTIFF AND HER ATTORNEYS OF RECORD, DANIEL J. CRAGG AND ANNE N. ST. AMANT, ECKALND & BLANDO, LLP, 800 LUMBER EXCHANGE BUILDING, 10 SOUTH FIFTH STREET, MINNEAPOLIS, MN 55402:

**PLEASE TAKE NOTICE** that Defendant Hennepin Healthcare System, Inc. moves for summary judgment pursuant to Fed. R. Civ. P. 56 and dismissal of all claims with prejudice. This motion is based on the records and file of this case, including the supporting documents filed concurrently herewith.

Respectfully submitted,

Dated: August 16, 2023

MARY F. MORIARTY
Hennepin County Attorney

*Matthew S. Frantzen*

Matthew S. Frantzen (#332793)
Katlyn J. Lynch (#398242)
Assistant Hennepin County Attorneys
A-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 596-0075
Matthew.Frantzen@hennepin.us
Katie.Lynch@hennepin.us

*Attorneys for Defendant Hennepin Healthcare System, Inc.*