UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. Tara Gustilo, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>Hennepin Healthcare System, Inc.<br><br>Defendant. | Case No. 22-cv-352 (SRN/DJF) |

**PLAINTIFF'S LOCAL RULE 7.1 COMPLIANCE STATEMENT**

I, Daniel J. Cragg, hereby certify that Plaintiff Dr. Tara Gustilo's Opposition to Defendant's Motion for Summary Judgment complies with the word count limitation contained in D. Minn. L.R. 7.1(f), type-size limit contained in D. Minn. L.R. 7.1(h), and Judge Susan Richard Nelson's May 12, 2023 Order Granting Request of Additional Words.

I further certify that, in preparation of this document, the Microsoft Word 2016 word-processing software was used to draft this Memorandum and said word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that Plaintiff Dr. Tara Gustilo's Opposition to Defendant's Motion for Summary Judgment contains a combined total of 14,956 words.

2

|  |  |
|---|---|
| Dated: September 6, 2023 | ECKLAND & BLANDO LLP<br><br>/s/ Daniel J. Cragg<br>Daniel J. Cragg, Esq. (#389888)<br>Anne N. St. Amant, Esq. (#401923)<br>800 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN 55402<br>dcragg@ecklandblando.com<br>astamant@ecklandblando.com<br>(612) 236-0160<br><br>UPPER MIDWEST LAW CENTER<br><br>Douglas P. Seaton (#127759)<br>James V. Dickey (#393613)<br>8241 Wayzata Boulevard, Suite 300<br>Golden Valley, Minnesota 55426<br>Doug.Seaton@umlc.org<br>James.Dickey@umlc.org<br>(612) 428-7000<br><br>*Counsel for Plaintiff* |