UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. Tara Gustilo, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Hennepin Healthcare System, Inc. <br><br> Defendant. | Case No. 22-cv-352 (SRN/DJF) |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. 3, notice is hereby given that Tara Gustilo, M.D., Plaintiff in the above-captioned civil action, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order granting Defendant's Motion for Summary Judgment and dismissing this Action, issued on October 24, 2023, and the Judgment entered in this action on October 25, 2023.

ECKLAND & BLANDO LLP

Dated: November 13, 2023

/s/ DANIEL J. CRAGG
Daniel J. Cragg, Esq. (#389888)
Anne N. St. Amant, Esq. (#401923)
800 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
dcragg@ecklandblando.com
astamant@ecklandblando.com
(612) 236-0160

2

UPPER MIDWEST LAW CENTER

Douglas P. Seaton (#127759)
James V. Dickey (#393613)
8241 Wayzata Boulevard, Suite 300
Golden Valley, Minnesota 55426
Doug.Seaton@umlc.org
James.Dickey@umlc.org
(612) 428-7000

*Counsel for Plaintiff*