UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dr. Tara Gustilo,

Plaintiff,

-vs-                                                                  22-cv-352 SRN/DJF

Hennepin Healthcare System, Inc.,

Defendant.

## COST JUDGMENT

The Defendant, Hennepin Healthcare System, Inc., filed a Bill of Costs on November 9, 2023 (Docket No. 67). The Plaintiff filed an Objection to the Bill of Costs (Docket No. 73) on November 27, 2023. The Court issued an Order on November 29, 2023 (Docket No. 76), granting Plaintiff's Objection to the Bill of Costs.

In accordance with the Court's Order, the Clerk enters this Cost Judgment and taxes the costs of the Defendant, Hennepin Healthcare System, Inc., against Plaintiff, Dr. Tara Gustilo, in the amount of $9,008.70 and judgment is entered accordingly.

Dated at St. Paul, Minnesota, on November 29, 2023.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk