UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. Tara Gustilo, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>Hennepin Healthcare System, Inc.,<br><br>Defendant. | Case No. 22-cv-352 (SRN/DJF) |

**STIPULATIONS REGARDING EXHIBITS**

Plaintiff Dr. Tara Gustilo and Defendant Hennepin Healthcare System, Inc. stipulate to the authenticity of all exhibits identified on both parties' Exhibit Lists with the exception of Exhibit P-5. Additionally, the parties stipulate to the admission of the following exhibits:

### Plaintiff's Exhibits

| Ex | Description | Bates Number |
|---|---|---|
| P-4 | HHS's Declaration of Health Equity as a Strategic Priority, dated August 5, 2020 | HHS00002393–00002394 |
| P-14 | October 9, 2020 email from Dr. Gustilo | HHS00001724–00001725 |
| P-15 | October 10, 2020 email from David Hilden | HHS00000433–00000434 |
| P-17 | Notes from January 15, 2021 Department call | HHS00001676–00001679 |
| P-19 | HHS Social Media Policy | |

### Defendant's Exhibits

| Ex | Description |
|---|---|
| D1 | August 5, 2020, HHS Board of Directors resolution (ECF 54-1 at 2-3; HHS-00002393-2394) |

1

| | |
|---|---|
| D2 | April 2, 2020, Mpls. St. Paul Magazine article (ECF 54-2 at 38-43) |
| D5 | Dr. David Hilden's September 28, 2020, email (ECF 54-2 at 127; HHS-00000785) |
| D6 | October 9, 2020 – October 10, 2020, email string (ECF 54-2 at 166-168; HHS-00004027-4029) |
| D7 | HHS Personal and Social Media Communications policy (ECF 54-2 at 170-173) |
| D8 | October 9, 2020 – October 13, 2020, email string (ECF 54-2 at 175-177; HHS-00004017-4019) |
| D9 | Dr. Tracy Prosen's October 8, 2020 (2:50 p.m.), email (ECF 54-2 at 179-181; HHS-00004149-4151) |
| D10 | Dr. Tracy Prosen's October 8, 2020 (6:49 p.m.), email (ECF 54-2 at 183-185; HHS-00001324-1326) |
| D11 | Dr. Tara Gustilo's November 2, 2020 (8:57 p.m.), email (ECF 54-2 at 187-189; HHS-00001308-1310) |
| D12 | Dr. Tara Gustilo's November 2, 2020 (9:00 p.m.), email (ECF 54-2 at 191-193; HHS-00003119-3121) |
| D25 | December 22, 2020–December 24, 2020, email string (ECF 54-3 at 161-162; HHS-00003934-3935) |
| D27 | December 23, 2020 – December 28, 2020, email string (ECF 54-3 at 167-168; HHS-00003910-3911) |
| D30 | January 15, 2021, meeting notes (ECF 54-3 at 198-203; HHS-00001676-1681) |
| D39 | October 13, 2020, to October 23, 2020, email string (ECF 101-1 at 2-3; HHS-00004025-4026) |
| D46 | Dr. David Hilden's October 5, 2020 email (HHS-00001728) |
| D47 | Dr. David Hilden's October 10, 2020, email (HHS-1295-1298) |

ECKLAND & BLANDO LLP

Dated: June 20, 2025        /S/ DANIEL J. CRAGG
                            Daniel J. Cragg, Esq. (#389888)
                            Anne N. St. Amant, Esq. (#401923)

2

        Bailey T. Stubbe, Esq. (#401097)
        Aaron M. Bostrom, Esq. (#401773)
        800 Lumber Exchange Building
        10 South Fifth Street
        Minneapolis, MN 55402
        dcragg@ecklandblando.com
        astamant@ecklandblando.com
        bstubbe@ecklandblando.com
        abostrom@ecklandblando.com
        (612) 236-0160

UPPER MIDWEST LAW CENTER

        Douglas P. Seaton (#127759)
        James V. Dickey (#393613)
        8241 Wayzata Boulevard, Suite 300
        Golden Valley, Minnesota 55426
        Doug.Seaton@umlc.org
        James.Dickey@umlc.org
        (612) 428-7000

*Counsel for Plaintiff Tara Gustilo*

MARY F. MORIARTY
Hennepin County Attorney

*/s/ Matthew S. Frantzen*
Matthew S. Frantzen (#332793)
Kelly K. Pierce (#340716)
Katlyn J. Lynch (#398242)
A-1300 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 596-0075
Matthew.Frantzen@hennepin.us
Kelly.Pierce@hennepin.us
Katie.Lynch@hennepin.us

*Attorneys for Defendant Hennepin Healthcare System, Inc*.

3